473 A.2d 693

Commonwealth v. Kishbach, Appellant.

Submitted November 18, 1983. Robert M. Rosenblum, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.